# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KELLY MCSEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated Case |
| v. | ) | No. 4:23-cv-01174-JMB |
| | ) | |
| DAN BULLOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ──────────────── | ) | |
| | ) | |
| KELLY MCSEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Associated Case |
| v. | ) | No. 4:23-cv-01706-JMB |
| | ) | |
| KATIE HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

(In the caption, "23-cv-01174" appears with strikethrough.)

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Katie Harris's motion to consolidate. Plaintiff has not filed a response to the motion and the time for doing so has passed.

Defendant seeks to consolidate her similar case captioned *McSean v. Harris*, No. 4:23-cv-1706-JMB (E.D. Mo.), into the instant action. Because plaintiff's complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

A copy of plaintiff's complaint from *McSean v. Harris*, No. 4:23-cv-1706-JMB, shall be docketed in the instant matter. Additionally, all filings pertaining to plaintiff's motion for default

judgment and defendant Katie Harris's motion to set aside default in *McSean v. Harris* shall be docketed in the instant matter, *i.e.*, ECF Nos. 43-45, 55, 59-62, and 64.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Katie Harris's motion to consolidate case with higher case number 4:23-cv-1706-JMB is **GRANTED**. [ECF No. 44]

**IT IS FURTHER ORDERED** that *McSean v. Harris*, No. 4:23-cv-1706-JMB (E.D.Mo.), is consolidated into *McSean v. Bullock, et al.*, 4:23-cv-1174-JMB (E.D.Mo.), for remaining pretrial proceedings and trial. All future pleadings shall be filed as Consolidated Case No. 4:23-cv-1174-JMB, with the consolidated case caption set forth above.

**IT IS FURTHER ORDERED** that a copy of plaintiff's complaint from *McSean v. Harris*, No. 4:23-cv-1706-JMB, shall be filed in the instant action and docketed as a supplement to plaintiff's complaint in *McSean v. Bullock, et al.*, 4:23-cv-1174-JMB.

**IT IS FURTHER ORDERED** that copies of all filings pertaining to plaintiff's motion for default judgment and defendant Katie Harris's motion to set aside default in *McSean v. Harris*, No. 4:23-cv-1706-JMB shall be docketed in the instant consolidated matter, *i.e.*, ECF Nos. 43-45, 55, 59-62, and 64. The motions shall remain pending in this consolidated matter; the motions shall be termed in *McSean v. Harris*, No. 4:23-cv-1706-JMB.

**IT IS FURTHER ORDERED** that a copy of this Memorandum and Order shall be docketed in *McSean v. Harris*, No. 4:23-cv-1706-JMB.

**IT IS FURTHER ORDERED** that *McSean v. Harris*, No. 4:23-cv-1706-JMB shall be **ADMINISTRATIVELY CLOSED** with the filing of this **CONSOLIDATION ORDER**.

Dated this 12th day of December, 2024.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE