# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| KELLY MCSEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated Case |
| v. | ) | No. 4:23-cv-01174-JMB |
| | ) | |
| DAN BULLOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| KELLY MCSEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Associated Case |
| v. | ) | No. 4:23-cv-01706-JMB |
| | ) | |
| KATIE HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the United States Marshals Service's filing of the last known address for defendant Doylene Danieley. ECF No. 61. Because plaintiff Kelly McSean is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshals Service, using the address provided in docket number 61. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshals Service upon defendant Doylene Danieley in her individual and official capacities at the address provided in docket number 61.

  **IT IS FURTHER ORDERED** that a copy of the summons and the return of summons

shall be filed under seal and *ex parte*.

  Dated this <u>23rd</u> day of January, 2025.


        <u>/s/ John M. Bodenhausen</u>
        JOHN M. BODENHAUSEN
        UNITED STATES MAGISTRATE JUDGE